IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                            No. 16-CV-00704-PJK-WPL
                                                            No. 11-CR-03108-PJK

JEROME YAZZIE,

    Defendant.

## ORDER

In light of the Supreme Court's ruling in *Beckles v. United States*, 580 U.S. ---, No. 15-5844 (Mar. 6, 2017) (slip op.), I lifted the stay in this matter and ordered the parties to submit a joint statement identifying the issue or issues that remain for determination after *Beckles*. (Doc. 12.) The parties timely filed their joint statement and agree that Yazzie maintains an argument under 18 U.S.C. § 924(c). (Doc. 15.) The parties request that I allow Yazzie two weeks to file his Reply.

Accordingly, no later than **April 14, 2017**, Yazzie will file his Reply on the issue of 18 U.S.C. § 924(c).

IT IS SO ORDERED.

                                                                       _____
                                                                    UNITED STATES MAGISTRATE JUDGE